UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| Carmen Reyes, ) | Case No. 6:22-bk-01494-LVV |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | |

TRUSTEE'S REPORT AND NOTICE OF INTENTION TO SELL

TO: Creditors, Debtors and Parties in Interest:

Richard B. Webber, II, the Trustee duly appointed and acting for the above-captioned estate, pursuant to 11 U.S.C. §363, reports that he intends to sell the following described property on or after the 21st day from the date of mailing this Report and Notice under the terms and conditions stated:

> NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING
>
> If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at United States Bankruptcy Court, 400 W. Washington St, Ste. 5100, Orlando, FL 32801 within twenty-one (21) days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.
>
> If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.
>
> You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.

1. Description of Property: Estate assets as shown below, hereinafter referred to as the "Property"

| Description of Property | Fair Market Value | Value after liens, discounts and exemptions |
|---|---|---|
| 2019 Honda HRV, VIN 3CZRU5H51KM712066 | $23,775.00 | $5,000.00 |

2. Method of Sale: The Property will be sold to a private party on or after June 29, 2022. The name and address of the private party, hereinafter referred to as the "Private Party" is:

    Carmen Reyes, 112 Jay Dr., Altamonte Springs, FL 32714

3. Property Information and Insurance: The sales price was determined by the description and condition as reported by the Debtor and allowing for the Debtor's exemptions, costs of pickup, storage, and sale.

4. Terms of the Sale: The selling price to the Private Party is $5,000.00 to be paid in one lump sum. The Trustee acknowledges receipt of the lump sum payment. The Trustee makes no representations or warranties regarding the Property. Accordingly, the Property is being sold "AS-IS", "WHERE-IS",

"WITH ALL FAULTS and DEFECTS THEREIN", and subject to all liens and encumbrances. The debtor is entitled to claim a $1,000.00 automobile exemption in the Property.

5. <u>The Property is being sold subject to the following liens and encumbrances</u>:

| Lien holder name & address | Amount of Lien |
|---|---|
| First Florida Credit Union | $16,711.97 |
| PO Box 43310, Jacksonville, FL 32203 | (approximate amount) |

The Trustee has noted all liens of which he has knowledge. However, the Trustee has not performed a judgment or lien search. The property is being sold subject to any and all liens of record, as well as any and all easements, restrictions and reservations of record, and back taxes, if any, and current and subsequent taxes. Buyer is responsible for checking marketability of title prior to date of sale.

> **NOTICE:** For items subject to Florida Sales tax, if an exemption or waiver is sought, a Resale or Consumer Exemption Certificate will be required upon the sale. The certificate must bear the name and address of the purchaser, the effective date and the number of the dealer's certificate of registration, and the dealer's signature. If a resale certificate is not presented when required, sales tax will be collected. The tax shall be added to the sales price and the amount of the tax shall be separately stated as Florida tax on any charge tickets, sales slips, invoices or other tangible evidence of sale, and shall be a debt from the purchaser or consumer to the Trustee. If a titled vehicle is involved, buyer is responsible for paying sales tax to the Tag Agency unless the vehicle is being sold to the debtor.

The Trustee reserves the right, without a penalty, to withdraw this offer of sale at any time. This sale will not become final until after the expiration of the 21-day objection period set forth below and / or a favorable disposition of any objections to the sale. The Trustee, until the expiration of the time with which parties may object to the proposed sale, will entertain any higher bids for the purchase of the Property being sold. Such bids must be accompanied by a deposit of twenty percent (20%) of the proposed higher purchase price. The proposed purchase price must be higher than the Fair Market Value. Any higher bid must be received by the Trustee at the address listed below no later than twenty one (21) days from the date of this notice. Inspection of the Property may be arranged by contacting the Trustee. Should a higher bid be received, the Trustee will conduct a telephonic auction between the original purchaser named in this notice and the additional bidder(s) at the earliest reasonable time.

Dated: June 8, 2022

/s/ Richard B. Webber, II, Trustee
Richard B. Webber, II
PO Box 3000
Orlando, FL 32802
Phone: (407) 425-7010

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Report & Notice has been furnished by regular U.S. Mail, postage prepaid, or electronic file transfer to all parties on the mailing matrix, which is attached to the original of this document and filed with the Court, and on this June 8, 2022.

/s/ Richard B. Webber, II, Trustee
Richard B. Webber, II

```
Label Matrix for local noticing          Carmen Reyes                              Adventhealth Imaging Centers
113A-6                                   112 Jay Dr.                               P.O. Box 864556
Case 6:22-bk-01494-LVV                   Altamonte Springs, FL 32714-3214          Orlando, FL 32886-4556
Middle District of Florida
Orlando
Wed Jun  8 09:27:04 EDT 2022

Amex                                     Bank of America                           Binson's Home Health Care
Correspondence/Bankruptcy                Attn: Bankruptcy                          26834 Lawrence
Po Box 981540                            4909 Savarese Circle                      Center Line, MI 48015-1262
El Paso, TX 79998-1540                   Tampa, FL 33634-2413


Capio Partners, LLC                      (p)JPMORGAN CHASE BANK  N A               Chevron/Synchrony Bank
Attn: Bankruptcy                         BANKRUPTCY MAIL INTAKE TEAM               Attn: Bankruptcy
Po Box 3498                              700 KANSAS LANE FLOOR 01                  Po Box 530950
Sherman, TX 75091-3498                   MONROE LA 71203-4774                      Atlanta, GA 30353-0950


Citibank                                 Citibank North America                    Comenitycb/dtlfirstfin
Attn: Bankruptcy                         Citibank SD MC 425                        Attn: Bankruptcy Dept
P.O. Box 790034                          5800 South Corp Place                     Po Box 182125
St Louis, MO 63179-0034                  Sioux Falls, SD 57108                     Columbus, OH 43218-2125


Credit First National Ass.               Direct TV                                 Directv, LLC
Attn: Bankruptcy                         12200 Gulf Fwy                            by American InfoSource as agent
Po Box 81315                             Houston, TX 77034-4504                    PO Box 5072
Cleveland, OH 44181-0315                                                           Carol Stream, IL  60197-5072


Discover Bank                            Discover Financial                        First Florida Credit Union
Discover Products Inc                    Attn: Bankruptcy                          Attn: Bankruptcy
PO Box 3025                              Po Box 3025                               Po Box 43310
New Albany, OH  43054-3025               New Albany, OH 43054-3025                 Jacksonville, FL 32203-3310


Florida Department of Revenue            (p)FROST ARNETT                           IDC
Bankruptcy Unit                          BANKRUPTCY DEPARTMENT                     685 Palm Springs Dr.
Post Office Box 6668                     PO BOX 198988                             Ste. 2A
Tallahassee FL 32314-6668                NASHVILLE TN 37219-8988                   Altamonte Springs, FL 32701-7853


Internal Revenue Service                 Kevin Wilson                              LVNV Funding, LLC
Post Office Box 7346                     PO Box 24103                              Resurgent Capital Services
Philadelphia PA 19101-7346               Chattanooga, TN 37422-4103                PO Box 10587
                                                                                   Greenville, SC 29603-0587


Law Offices of Mitchell D. B             Mercury/FBT                               Pinnacle Credit Services, LLC
PO BOX 120267                            Attn: Bankruptcy                          Resurgent Capital Services
Dallas, TX 75312-0267                    Po Box 84064                              PO Box 10587
                                         Columbus, GA 31908-4064                   Greenville, SC 29603-0587


Quantum3 Group LLC as agent for          Quicken Loans                             Rocket Mortgage
CF Medical LLC                           Attn: Bankruptcy                          P.O. Box 6577
PO Box 788                               1050 Woodward Avenue                      Carol Stream, IL 60197-6577
Kirkland, WA  98083-0788                 Detroit, MI 48226-3573
```

| | | |
|---|---|---|
| Seminole County Tax Collector<br>Post Office Box 630<br>Sanford FL 32772-0630 | Synchrony Bank/Chevron<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony/PayPal Credit<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| (p)TD BANKNORTH NA<br>70 GRAY ROAD<br>FALMOUTH ME 04105-2299 | United States Trustee - ORL7/13 +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Arlene M Vellon +<br>Vellon Law Firm, P.L.<br>1706 E Semoran Blvd., Suite 102<br>Apopka, FL 32703-5610 |
| Richard B Webber +<br>Post Office Box 3000<br>Orlando, FL 32802-3000 | Lori V. Vaughan +<br>Orlando<br>, FL | First Florida Credit Union (JD) +<br>500 West 1st Street<br>Jacksonville, FL 32202-3939 |

Note: Entries with a '+' at the end of the
name have an email address on file in CMECF


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chase Card Services<br>Attn: Bankruptcy<br>P.O. 15298<br>Wilmington, DE 19850 | Frost-Arnett Company<br>P.O. Box 198988<br>Nashville, TN 37219 | TD Bank<br>P.O.Box 9547<br>Portland, ME 04120-9547 |

End of Label Matrix
Mailable recipients    39
Bypassed recipients     0
Total                  39