United States Bankruptcy Court
Middle District of Florida

In re:                                                                                      Case No. 22-01494-LVV
Carmen Reyes                                                                      Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 113A-6                           User: admin                            Page 1 of 3
Date Rcvd: Jul 26, 2022                  Form ID: B318                      Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2022:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | | Carmen Reyes, 112 Jay Dr., Altamonte Springs, FL 32714-3214 |
| cr | + | First Florida Credit Union (JD), 500 West 1st Street, Jacksonville, FL 32202-3939 |
| 29958770 | + | Adventhealth Imaging Centers, P.O. Box 864556, Orlando, FL 32886-4556 |
| 30041555 | | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 29958773 | + | Binson's Home Health Care, 26834 Lawrence, Center Line, MI 48015-1262 |
| 29958781 | + | Direct TV, 12200 Gulf Fwy, Houston, TX 77034-4504 |
| 29958783 | + | First Florida Credit Union, Attn: Bankruptcy, Po Box 43310, Jacksonville, FL 32203-3310 |
| 29958785 | + | IDC, 685 Palm Springs Dr., Ste. 2A, Altamonte Springs, FL 32701-7853 |
| 29958786 | + | Kevin Wilson, PO Box 24103, Chattanooga, TN 37422-4103 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| tr | + | EDI: BRBWEBBER | Jul 27 2022 01:43:00 | Richard B Webber, Post Office Box 3000, Orlando, FL 32802-3000 |
| 29958771 | + | Email/PDF: bncnotices@becket-lee.com | Jul 26 2022 21:56:20 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 29958772 | + | EDI: BANKAMER.COM | Jul 27 2022 01:43:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 29958774 | + | EDI: CAPIO.COM | Jul 27 2022 01:43:00 | Capio Partners, LLC, Attn: Bankruptcy, Po Box 3498, Sherman, TX 75091-3498 |
| 29958776 | | EDI: RMSC.COM | Jul 27 2022 01:43:00 | Chevron/Synchrony Bank, Attn: Bankruptcy, Po Box 530950, Atlanta, GA 30353-0950 |
| 29958777 | + | EDI: CITICORP.COM | Jul 27 2022 01:43:00 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 29958778 | | EDI: CITICORP.COM | Jul 27 2022 01:43:00 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 30040049 | | EDI: CITICORP.COM | Jul 27 2022 01:43:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 29958779 | + | EDI: WFNNB.COM | Jul 27 2022 01:43:00 | Comenitycb/dtlfirstfin, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 29958780 | + | EDI: CRFRSTNA.COM | Jul 27 2022 01:43:00 | Credit First National Ass., Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 30002405 | | EDI: DIRECTV.COM | Jul 27 2022 01:43:00 | Directv, LLC, by American InfoSource as agent, PO Box 5072, Carol Stream, IL 60197-5072 |
| 30003882 | | EDI: DISCOVER.COM | Jul 27 2022 01:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 29958782 | + | EDI: DISCOVER.COM | Jul 27 2022 01:43:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |

| 29958784 | | Email/Text: bankruptcy@frost-arnett.com | | |
| | | | Jul 26 2022 21:45:00 | Frost-Arnett Company, P.O. Box 198988, Nashville, TN 37219 |
| 29958767 | | EDI: FLDEPREV.COM | | |
| | | | Jul 27 2022 01:43:00 | Florida Department of Revenue, Bankruptcy Unit, Post Office Box 6668, Tallahassee FL 32314-6668 |
| 29958768 | | EDI: IRS.COM | | |
| | | | Jul 27 2022 01:43:00 | Internal Revenue Service, Post Office Box 7346, Philadelphia PA 19101-7346 |
| 29958775 | | EDI: JPMORGANCHASE | | |
| | | | Jul 27 2022 01:43:00 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 30022672 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | | |
| | | | Jul 26 2022 21:46:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 30003134 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Jul 26 2022 21:56:10 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 29958787 | | EDI: CAPIO.COM | | |
| | | | Jul 27 2022 01:43:00 | Law Offices of Mitchell D. B, PO BOX 120267, Dallas, TX 75312-0267 |
| 29958788 | + | Email/Text: Mercury@ebn.phinsolutions.com | | |
| | | | Jul 26 2022 21:46:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 30003137 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Jul 26 2022 21:55:27 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 30005415 | | EDI: Q3G.COM | | |
| | | | Jul 27 2022 01:43:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 29958789 | + | Email/Text: bankruptcyteam@quickenloans.com | | |
| | | | Jul 26 2022 21:47:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 29958790 | | Email/Text: bankruptcyteam@quickenloans.com | | |
| | | | Jul 26 2022 21:47:00 | Rocket Mortgage, P.O. Box 6577, Carol Stream, IL 60197-6577 |
| 29958766 | | Email/Text: kelly.rose@seminolecounty.tax | | |
| | | | Jul 26 2022 21:46:00 | Seminole County Tax Collector, Post Office Box 630, Sanford FL 32772-0630 |
| 29958791 | + | EDI: RMSC.COM | | |
| | | | Jul 27 2022 01:43:00 | Synchrony Bank/Chevron, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 29958792 | + | EDI: RMSC.COM | | |
| | | | Jul 27 2022 01:43:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 29958793 | | EDI: TDBANKNORTH.COM | | |
| | | | Jul 27 2022 01:43:00 | TD Bank, P.O.Box 9547, Portland, ME 04120-9547 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Rocket Mortgage, LLC FKA Quicken Loans, LLC f/k/a |
| aty | *+ | Richard B Webber, Post Office Box 3000, Orlando, FL 32802-3000 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

District/off: 113A-6                     User: admin                              Page 3 of 3
Date Rcvd: Jul 26, 2022                  Form ID: B318                     Total Noticed: 38

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2022                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2022 at the address(es) listed below:**

**Name**                               **Email Address**

Arlene M Vellon
                          on behalf of Debtor Carmen Reyes vellon@vellonlaw.com

First Florida Credit Union (JD)
                          jdevaney@firstflorida.org

Reka Beane
                          on behalf of Creditor Rocket Mortgage  LLC FKA Quicken Loans, LLC f/k/a Quicken Loans Inc. reka.beane@mccalla.com

Richard B Webber
                          on behalf of Trustee Richard B Webber F001@ecfcbis.com  rschohl@zkslawfirm.com;rwebber@zkslawfirm.com

Richard B Webber
                          F001@ecfcbis.com  rschohl@zkslawfirm.com;rwebber@zkslawfirm.com

United States Trustee - ORL7/13
                          USTP.Region21.OR.ECF@usdoj.gov


TOTAL: 6

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Carmen Reyes** | Social Security number or ITIN   xxx–xx–3932 |
| | First Name   Middle Name   Last Name | EIN   __-_____ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   __-_____ |
| United States Bankruptcy Court   Middle District of Florida | | |
| Case number:   6:22-bk-01494-LVV | | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Carmen Reyes
aka Carmen Vargas

Dated: July 26, 2022

Lori V. Vaughan
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

For more information, see page 2 >

**Order of Discharge**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**