UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

Carmen Reyes,                                                   Case No. 6:22-bk-01494-LVV
                                                                Chapter 7

      Debtor.                                       /
_____

## APPLICATION OF TRUSTEE FOR COMPENSATION

I, Richard B. Webber II, declare under penalty of perjury that the following statements are true and correct:

1. The Application of Richard B. Webber II, brought pursuant to 11 U.S.C.§ 330, shows that he is the duly appointed trustee in the above captioned estate, that the assets of the estate have been liquidated, and that there came into hands of the undersigned trustee for disbursements the total sum of $5,000.00.

2. In the administration of the estate, applicant has performed those services required by a trustee as set forth in 11 U.S.C.§ 704.

3. Applicant deems said services to be reasonably worth $1,250.00. The statutory allowance is the sum of $1,250.00 and your applicant has heretofore received on account of his compensation as such trustee the sum of 0.00.

4. Applicant has not in any form or guise agreed to share the compensation for such services with any person not contributing thereto, or to share in the compensation of any person not contributing thereto, or to share in the compensation of any person rendering services in this proceeding to which services applicant has not contributed. Applicant has not entered into any agreement, written or oral, express or implied, with any other party in

interest or any attorney of any other party in interest in this proceeding for the purpose of fixing the amount of the fees or other compensation to be paid to any party in interest of any attorney of any party in interest herein for services rendered in connection therewith.

5. As said Trustee, applicant has paid out of his own funds the following expenses properly chargeable to said estate, none of which have been repaid and for which he prays reimbursement, to wit:

| | | |
|---|---|---:|
| Copies | $ | 40.35 |
| Postage | $ | 51.40 |
| **Total Expenses** | $ | **91.75** |

WHEREFORE, Richard B. Webber II prays for such allowance for his services herein as the Court finds reasonable and just.

DATED at ORLANDO, Florida this 7th day of September, 2022.

/s/ Richard B. Webber II, Trustee
Richard B. Webber II, Trustee
PO Box 3000
Orlando, FL 32802
(407) 425-7010

Trustee Expenses
Case No. 6:22-bk-01494-LVV

**Category:** COPY

| Date | Description | Quantity | Unit of Measure | Cost Per Unit | Total |
|---|---|---|---|---|---|
| 06/08/2022 | Notice of Intent to Sell & Abandon | 156 | COPY | 0.15 | $23.40 |
| 07/05/2022 | Notice of Completion of Sale | 1 | COPY | 0.15 | $0.15 |
| 09/07/2022 | NFR | 80 | COPY | 0.15 | $12.00 |
| 09/07/2022 | Order Allowing Adm. Expenses | 32 | COPY | 0.15 | $4.80 |
| | **TOTAL for category COPY:** | | | | **$40.35** |

**Category:** POST

| Date | Description | Quantity | Unit of Measure | Cost Per Unit | Total |
|---|---|---|---|---|---|
| 06/08/2022 | Notice of Intent to Sell & Abandon | 39 | POST | 0.58 | $22.62 |
| 07/05/2022 | Notice of Completion of Sale | 1 | POST | 0.58 | $0.58 |
| 09/07/2022 | NFR | 16 | POST | 0.60 | $9.60 |
| 09/07/2022 | Order Allowing Adm. Expenses | 16 | POST | 0.60 | $9.60 |
| 09/07/2022 | Final Dist. Checks | 15 | POST | 0.60 | $9.00 |
| | **TOTAL for category POST:** | | | | **$51.40** |

| | |
|---|---|
| **Total Expenses** | **$91.75** |
| **Total Expenses:** | **$91.75** |
| **Less Previously Paid Expenses:** | **$0.00** |
| **Total Expenses Requested:** | **$91.75** |